SCOTT J. KAPLAN (SB #143478)
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

**Filed**

E-filing

JAN - 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

Paid
SI
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MENTOR GRAPHICS CORPORATION, an Oregon corporation,

Plaintiff,

v.

MAGNUM SEMICONDUCTOR, INC., a Delaware corporation; and DOES 1 through 100,

Defendants.

Case No. C09 00115 EMC

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

DEMAND FOR JURY TRIAL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16

Plaintiff Mentor Graphics Corporation ("Mentor Graphics") alleges as follows:

**JURISDICTION**

1. This Court has original jurisdiction under 28 U.S.C. § 1332 because this is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, the sum of $75,000. Additionally, Mentor Graphics seeks damages and injunctive relief for copyright infringement under the copyright laws of the United States, 17 U.S.C. § 101, *et seq.* Consequently, this Court also has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

/ / / / /

/ / / / /

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

COMPLAINT

Portlnd3-1645612.1 0049553-00143

## PARTIES

2. Mentor Graphics is and was at all times relevant hereto a corporation organized and existing under the laws of Oregon, with its principal place of business in Wilsonville, Oregon.

3. Defendant Magnum Semiconductor, Inc. ("Magnum") is a Delaware corporation with its principal place of business in Milpitas, California.

4. Does 1 through 100 are entities and individuals who acted in concert with and/or conspired with Magnum to engage in the wrongful acts or omissions alleged herein or who are otherwise accessories to the wrongful acts or omissions alleged herein. The identities of Does 1 through 100 are currently unknown to Mentor Graphics, but Mentor Graphics is informed and believes that Does 1 through 100 are neither citizens of Oregon, Oregon corporations nor entities with their principal places of business in Oregon.

## VENUE AND INTRADISTRICT ASSIGNMENT

5. A substantial part of the events that give rise to this action are located in this district. Therefore, this district is the proper venue for this action pursuant to 28 U.S.C. § 1391(a).

6. Pursuant to Civil Local Rule 3-2(d), this action is properly assigned to the San Jose Division because it arises out of and concerns events located in Santa Clara County, California.

## GENERAL ALLEGATIONS

7. Mentor Graphics' Embedded Systems Division develops embedded software that can be used in embedded applications such as medical devices, consumer electronics, set-top boxes, cell phones and other portable and handheld devices. One such software product is its Nucleus Operating System ("Nucleus PLUS"), which was designed exclusively for real-time performance. It was conceived from the ground up for resource-constrained devices (frequency and memory) and for environments in which every cycle per watt is paramount.

8. Nucleus PLUS and other Nucleus modules, including Nucleus NET, Nucleus FILE, Nucleus Ethernet, Nucleus POSIX, Extended Protocol Package, Nucleus DHCP Server,

Nucleus NAT, Nucleus PPPoE, Nucleus PPP, Nucleus USB Host Stack Generic, Nucleus USB Host Mass Storage Generic, Nucleus USB Host OHCI, Nucleus USB OTG Controller, Nucleus SSL (collectively, with Nucleus PLUS, the "Nucleus Software") are the subject of valid, registered U.S. copyrights as follows:

| Nucleus Software Module | Certificate of Registration Number(s) |
|---|---|
| Nucleus PLUS | TX0005059738; TX0005045395 |
| Nucleus NET | TXU001590044 |
| Nucleus FILE | TXU001590050 |
| Nucleus Ethernet | TXU001590051 |
| Nucleus POSIX | TXU001590055 |
| Nucleus Extended Protocol Package | TXU001590042 |
| Nucleus DHCP Server | TXU001590047 |
| Nucleus NAT | TXU001590052 |
| Nucleus PPPoE | TXU001590054 |
| Nucleus PPP | TXU001590053 |
| Nucleus USB Host Stack | TXU001588627 |
| Nucleus USB Host Mass Storage | TXU001588628 |
| Nucleus USBH Controller | TXU001588623 |
| Nucleus USB OTG Controller | TXU001588630 |
| Nucleus SSL | TXU001590057 |

(collectively, the "Copyrights"). The Nucleus PLUS copyrights were originally registered to Accelerated Technology. Mentor Graphics acquired Accelerated Technology in 2002, and the Nucleus PLUS copyrights were subsequently assigned to Mentor Graphics.

9. Formed in 2005, Magnum is a spinoff of computer-chip manufacturer Cirrus Logic Inc. ("Cirrus Logic"). Magnum describes itself as follows:

> [A] leading provider of chips, software, and platforms for consumer entertainment systems and the professional broadcast infrastructure. Magnum provides the tools and technologies for creating, delivering and enjoying video throughout the broadcast infrastructure, around the home, and on-the-go. Magnum's chips and software are used in professional video encoders, broadcast transcoders, in-home set-top boxes, consumer DVD recorders, hard-disk based home media centers, digital camcorders, and a variety of in-home and portable media-centered devices.[1]

---

[1] http://www.magnumsemi.com

1  10. Before Magnum's spinoff from Cirrus Logic, Cirrus Logic had a license to use certain Mentor Graphics software and related software products in the development of their Cirrus Logic CS98xxx chip products. The Cirrus Logic license was not transferred to Magnum; therefore, Magnum was required to obtain its own license to use the software even if it continued to manufacture what were formerly Cirrus Logic products. Cirrus Logic explained to Mentor Graphics that it needed to maintain its agreement for the CS98xxx chips to continue support for key Cirrus Logic customers.

11. As a result, Mentor Graphics and Magnum entered into a June 30, 2005 Reference Platform License Agreement for Software (the "License") granting Magnum a nonexclusive, nontransferable license to use certain Mentor Graphics software under the terms of the License. As more particularly described in Attachments A, B and C to the License, Magnum was licensed to use the Nucleus Software. The License restricted Magnum's permitted use of Mentor Graphics' software to a specific Processor Unit, Reference Platform, Product Name, Product Part Number and URL.

12. Specifically, Magnum's use is restricted to using the Nucleus Software in connection with the 8xxx Part Number, a specific family of chip products, *i.e.*, a family of chip products containing the same basic architecture and functional capabilities identified by Magnum as Part Nos. 8xxx (for example, Magnum chip Part Nos. MS8201, MS8202, etc.). Under the License, the Nucleus Software may only be used by Magnum in connection with chip products that are part of the 8xxx chip family. One of the reasons Mentor Graphics licensed the Nucleus Software based on part numbers is that, as was understood and agreed by the parties at the time the License was entered into, a change in part number indicates a change in product.

13. Chips in the family of related products identified by Magnum as Part Nos. 8xxx are used as part of a two-chip system offered by Magnum for use in DVD playback applications. The two-chip solution consists of an 8xxx chip (a decoder chip) and a chip from Magnum's 2xxx chipset family (an encoder chip). A typical application for one of the 8xxx chip products as shown by Magnum on its Web site is set out below.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

COMPLAINT -4-

PortInd3-1645612.1 0049553-00143



14. Codec chips are used to encode *and* decode (or compress and decompress) various types of data. Codec is an abbreviation for coder-decoder or compressor/decompressor. In January 2006, Magnum announced its development of a *"new Advanced DVD Codec line of chip products, the MS9300 and MS9400* for DVD Recorders and Combination Recorders with Hard Disk Drives (HDD)."[2] Magnum's CEO was quoted as saying, "Magnum's *new Advanced DVD codecs* will set a new standard in the industry for video performance."[3] Magnum explained that

> [t]he two chip lines share the new capabilities of video performance such as motion adaptive DEPF, advanced picture scaling and 108MHz video output, as well as transport stream support for digital broadcast tuners. Video and audio content in many different formats can be played, including the exciting new DiVX Ultra.[4]

---

[2] http://www10.edacafe.com/nbc/articles/view_article.php?section=ICNews&articleid=232780 (emphasis added).

[3] *Id.* (emphasis added).

[4] *Id.*



COMPLAINT -5-

PortInd3-1645612.1 0049553-00143

In particular, Magnum's MS9xxx series included both encoder and decoder capability on the same chip. A typical application for one of the 9xxx codec chip products as shown on Magnum's Web site is set out below.



15. However, in approximately April 2008, Mentor Graphics discovered that Magnum was using the Nucleus Software in connection with its 9xxx chipset as well as with a Cirrus Logic product line that Magnum continued to produce, the CS98xxx chipset. Neither of these uses is authorized under the License. Mentor Graphics promptly advised Magnum that these uses were not permitted under the License and that, if Magnum wished to use the Nucleus Software with these Magnum products, Magnum would have to enter into a new attachment to the license agreement covering that use and pay appropriate license fees to Mentor Graphics. Rather than cease its unauthorized use of the Nucleus Software or acquire additional licenses, Magnum renumbered its 9xxx chipset products to mimic the 8xxx part-numbering system used by Magnum to designate chip products that are covered by the License.

16. Magnum's conduct is in bad faith and in breach of the License. Notwithstanding Mentor Graphics' demand that Magnum cease its wrongful conduct, Magnum has willfully failed and refused to do so and continues to use the Nucleus Software in connection with chip products outside the scope of the License. Mentor Graphics is informed and believes that Magnum has profited from its unauthorized use of the Nucleus Software and willful infringement of the Copyrights in an amount according to proof at trial.

17. In connection with Magnum's breach of the License and willful infringement of the Copyrights, Magnum has copied, distributed, purported to sublicense and bundled some or all of the Nucleus Software with CS98xxx and MS9xxx device platforms to its customers for their use. Such customers include but are not limited to customers Magnum has disclosed to Mentor Graphic, namely, Daewoo, Dim Tech, Nucom, Samsung, LG, Sony, PCCW, Videocon, Eastech, Mustek, Vestel, Perkins, Belxo, Ellion and Orient. (Collectively all such Magnum customers, whether known or currently unknown to Mentor Graphics, shall hereafter be referenced as "Customers"). Neither Magnum nor Customers have obtained a license from Mentor Graphics for Customers' use of the Nucleus Software with the CS98xxx and MS9xxx device platforms.

18. Magnum's improper and unlawful conduct constitutes a material breach of the License, entitling Mentor Graphics to terminate the License upon 30 days' notice and requiring Magnum to return or destroy all the Nucleus Software and associated documentation, to erase or destroy all copies of the Nucleus Software in its possession and to certify in writing within three days of termination that Magnum no longer has any copy of the Nucleus Software in any form. Upon termination by Mentor Graphics, Customers are required to discontinue use and distribution of the Nucleus Software and to either return or erase all copies of the Nucleus Software.

19. On August 14, 2008, Mentor Graphics provided the required 30 days' written notice to Magnum that Magnum was in breach of the License. Because Magnum failed to cure that breach within 30 days, the License terminated on October 1, 2008. Notwithstanding the termination of the License, Magnum failed and refused (on its behalf and on behalf of Customers) to certify in writing that all copies of the Nucleus Software have been returned or erased. Mentor

1  Graphics is informed and believes that despite the termination, Magnum continues to use and
2  distribute some or all of the Nucleus Software with its products.

3      20.    As a direct and proximate result of Magnum's unauthorized use of the Nucleus
4  Software, Mentor Graphics believes it has suffered damages in excess of $1 million.

## FIRST CAUSE OF ACTION

### (Breach of the License)

7      21.    Mentor Graphics realleges and reincorporates the allegations in paragraphs 1
8  through 20, above.

9      22.    Mentor Graphics performed all covenants and conditions required of it, if any,
10 under the License.

11     23.    Magnum breached the License by, among other things, using the Nucleus Software
12 in connection with what it originally designated as its 9xxx chip products and with its CS98xxx
13 chip products.

14     24.    Magnum further breached the License by (a) continuing to use and distribute the
15 Nucleus Software after termination, (b) failing to return or erase all copies of the Nucleus
16 Software, (c) failing to require that Customers return or erase all copies of the Nucleus Software
17 and (d) failing to certify in writing that all copies of the Nucleus Software in its possession,
18 custody or control have been returned or erased.

19     25.    As a direct and proximate result of Magnum's breach of contract, Mentor Graphics
20 has suffered or will suffer damages in excess of $1 million.

21     26.    Magnum's breach of the License is causing Mentor Graphics immediate and
22 irreparable injury, for which it has no adequate remedy at law. Magnum and Customers are
23 continuing to use the Nucleus Software without Mentor Graphics' permission. Mentor Graphics
24 is entitled to temporary and permanent injunctive relief to restrain Magnum's misconduct,
25 including but not limited to restraining Magnum and its officers, directors, agents and employees,
26 and all persons acting in concert with any of them, including Customers, from copying,
27 reproducing, distributing or adapting the Nucleus Software, or any derivative works, and to

28


1 deliver to the Court for destruction or other reasonable disposition all copies of the Nucleus Software and any derivative works.

## SECOND CAUSE OF ACTION

### (Breach of Implied Covenant of Good Faith and Fair Dealing)

27. Mentor Graphics realleges and reincorporates paragraphs 1 through 26, above.

28. By renumbering the part numbers for its 9xxx chip products and by continuing to use the Nucleus Software in connection with products outside the scope of the License, Magnum breached the covenant of good faith and fair dealing.

29. As a direct and proximate result of Magnum's breach of the covenant of good faith and fair dealing, Mentor Graphics has been damaged in an amount in excess of $1 million.

30. Magnum's breach of the covenant of good faith and fair dealing has caused and is causing Mentor Graphics immediate and irreparable injury, for which it has no adequate remedy at law. Mentor Graphics is entitled to temporary and permanent injunctive relief to restrain Magnum's breaches of the License, including but not limited to restraining Magnum and its officers, directors, agents and employees, and all persons acting in concert with any of them, including Customers, from copying, reproducing, distributing or adapting the Nucleus Software and any derivative works and to deliver to the Court for destruction or other reasonable disposition all copies of the Nucleus Software and any derivative works.

## THIRD CAUSE OF ACTION

### (Declaratory Judgment—Termination of the License)

31. Mentor Graphics realleges and reincorporates paragraphs 1 through 30, above.

32. An actual controversy exists between Mentor Graphics and Magnum as to whether the acts and omissions of Magnum alleged in this Complaint constitute breaches of the License or the covenant of good faith and fair dealing, entitling Mentor Graphics to terminate the License.

33. Pursuant to 28 U.S.C. § 2201, *et seq.*, Mentor Graphics is entitled to a declaratory judgment that Magnum is in breach of the License and its obligation of good faith, entitling Mentor Graphics to terminate the License and requiring Magnum and its officers, directors, agents and employees, and all persons acting in concert with any of them, including Customers,

from copying, reproducing, distributing or adapting the Nucleus Software and any derivative works and to deliver to the Court for destruction or other reasonable disposition all copies of the Nucleus Software and any derivative works.

## FOURTH CAUSE OF ACTION

### (Copyright Infringement)

34. Mentor Graphics realleges and reincorporates paragraphs 1 through 20, above.

35. Mentor Graphics at all relevant times has been the copyright owner of exclusive rights under U.S. copyright laws with respect to the Copyrights.

36. Among the exclusive rights granted to Mentor Graphics under the U.S. Copyright Act are the exclusive rights to reproduce the copyrightable subject matter found in the Copyrights. As alleged above, Magnum has infringed on such exclusive rights of Mentor Graphics, including but not limited to by using Nucleus Software in connection with what Magnum originally designated as its 9xxx family of chip products and with its CS98xxx family of chip products, and by continuing to use the Nucleus Software after termination of the License.

37. By reason of Magnum's infringing activities, Mentor Graphics has sustained and will continue to sustain substantial injury, loss and damage to its ownership rights in the Copyrights.

38. The acts of infringement alleged herein have been willful and intentional, in disregard of and with indifference to the rights of Mentor Graphics.

39. As a direct and proximate result of Magnum's willful and intentional infringement of the Copyrights and exclusive rights under U.S. copyright laws, Mentor Graphics is entitled to the maximum statutory damages of $150,000 pursuant to 17 U.S.C. § 504(c) for each of Magnum's acts of willful infringement, an amount estimated to be not less than $33,750,000 based on Magnum's 15 chips in the 9xxx and CS98xxx chipsets alleged in paragraphs 14 and 15 infringing the 15 Mentor Graphics registered copyrighted works set forth in paragraph 8. Alternatively, at Mentor Graphics' election, pursuant to 17 U.S.C. § 504(b), Mentor Graphics shall be entitled to its actual damages plus Magnum's profits from infringement according to proof.

40. Mentor Graphics is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

41. Further irreparable harm to Mentor Graphics is imminent as the result of Magnum's conduct, and Mentor Graphics is without an adequate remedy at law. Pursuant to 17 U.S.C. § 502, Mentor Graphics is entitled to temporary and permanent injunctive relief restraining Magnum and its officers, directors, agents and employees, and all persons acting in concert with any of them, including but not limited to Customers, from copying, reproducing, distributing or adapting the Nucleus Software and to deliver to the Court for destruction or other reasonable disposition all copies of the Nucleus Software.

## FIFTH CAUSE OF ACTION

### (Contributory Copyright Infringement)

42. Mentor Graphics realleges and reincorporates paragraphs 1 through 20 and 34 through 41, above.

43. Magnum has been copying and distributing materials subject to the Copyrights and selling such materials to its customers, including but not limited to Customers, in connection with its infringement alleged above. Such unauthorized copying violates Mentor Graphics' exclusive rights in the Copyrights under section 106 of the Copyright Act, 17 U.S.C. § 101, *et seq.*

44. Consequently, Customers are infringing on the Copyrights, and Magnum, with knowledge of the infringing activity, induced, caused or materially contributed to the infringing conduct of Customers.

45. Mentor Graphics is informed and believes that Magnum's acts of infringement alleged herein have been willful and intentional, in disregard of and with indifference to the rights of Mentor Graphics.

46. As a direct and proximate result of Magnum's infringement of the Copyrights and exclusive rights under U.S. copyright laws, Mentor Graphics is entitled to maximum statutory damages of $150,000 pursuant to 17 U.S.C. § 504(c) for each of Magnum's acts of willful infringement, an amount not less than $33,750,000. Alternatively, at Mentor Graphics' election,

ATTORNEYS AT LAW
PORTLAND

COMPLAINT                    -11-

PortInd3-1645612.1 0049553-00143

1 pursuant to 17 U.S.C. § 504(b), Mentor Graphics shall be entitled to its actual damages plus
2 Magnum's profits from the contributory infringement according to proof.

3     47. Mentor Graphics is entitled to its costs, including reasonable attorneys' fees,
4 pursuant to 17 U.S.C. § 505.

5     48. Further irreparable harm to Mentor Graphics is imminent as the result of
6 Magnum's conduct, and Mentor Graphics is without an adequate remedy at law. Pursuant to
7 17 U.S.C. § 502, Mentor Graphics is entitled to temporary and permanent injunctive relief
8 restraining Magnum and its officers, directors, agents and employees, and all persons acting in
9 concert with any of them, including but not limited to Customers, from copying, reproducing,
10 distributing or adapting the Nucleus Software and to deliver to the Court for destruction or other
11 reasonable disposition all copies of the Nucleus Software.

## SIXTH CAUSE OF ACTION

### (Unjust Enrichment)

14     49. Mentor Graphics realleges and reincorporates paragraphs 1 through 20, above.

15     50. Magnum's use, distribution and sale has unjustly enriched Magnum in an amount
16 according to proof. It would be unjust and inequitable for Magnum to retain such enrichment.

17     51. Consequently, Mentor Graphics is entitled to recover the amount by which
18 Magnum has been unjustly enriched according to proof plus prejudgment interest.

### PRAYER

20 WHEREFORE, Mentor Graphics pray for judgment as follows:

21     A. For contract damages in excess of $1 million, the full amount to be proven at trial.

22     B. For a preliminary and permanent injunction restraining Magnum and its officers,
23 directors, agents and employees, and all persons acting in concert with any of them, including but
24 not limited to Customers, from copying, reproducing, distributing or adapting the Nucleus
25 Software and any derivative works and to deliver to the Court for destruction or other reasonable
26 disposition all copies of the Nucleus Software and derivative works.

27     C. For the maximum statutory damages of $150,000 pursuant to 17 U.S.C. § 504(c)
28 for each of Magnum's acts of willful infringement, an amount estimated to be not less than

1    $33,750,000. Alternatively, at Mentor Graphics' election, pursuant to 17 U.S.C. § 504(b),

2    Mentor Graphics shall be entitled to its actual damages plus Magnum's profits from infringement

3    according to proof.

4         D.     For Magnum's unjust enrichment in an amount according to proof.

5         E.     For Mentor Graphics' costs, including reasonable attorneys' fees, pursuant to

6    17 U.S.C. § 505.

7         F.     For prejudgment interest on the above sums.

8         G.     For Mentor Graphics' costs and disbursements herein.

9         H.     For such other and further relief as the Court deems just and equitable.

10   DATED: January 6, 2009                     STOEL RIVES LLP

By: _____
Scott J. Kaplan
Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, the only relevant interests of which it is currently aware belong to Customers disclosed by Magnum to Mentor Graphics: ADS Technologies; BEKO; CASON; Cyberhome Entertainment Co., Ltd.; DM Tech; Kenwood Corporation; Daewoo; Dim Tech; Nucom; Samsung; LG Electronics; Sony Corp.; PCCW; Videocon; Eastech; Mustek Systems, Inc.; Vestel; Perkins; Belxo; Ellion Digital, Inc.; Pinnacle; Kiss (Cisco); Victor Company of Japan, Ltd.;

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1  Attero Tech; and Orient Power Holding Limited. There may be additional Customers with an
2  interest in this dispute known to Magnum but not to Mentor Graphics.
3  DATED: January 6, 2009  STOEL RIVES LLP

By: _____
Scott J. Kaplan
Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

COMPLAINT  -14-

PortInd3-1645612.1 0049553-00143