ANDREW VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
THOMAS BURG (Bar No. 211937)
thomas.burg@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Defendant
MAGNUM SEMICONDUCTOR, INC.

SCOTT J. KAPLAN (Bar No. 143478)
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Tel: 503-224-3380
Fax: 503-220-2480

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENTOR GRAPHICS CORPORATION, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNUM SEMICONDUCTOR, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO. C09 00115 EMC<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Mentor Graphics Corporation ("Mentor")
2  and Defendant Magnum Semiconductor, Inc. ("Magnum") hereby stipulate and agree by and
3  through their respective attorneys that Magnum shall have until March 4, 2009, in which to
4  respond to Mentor's complaint filed on January 9, 2009.
5  SO STIPULATED:

6  Dated: February 17, 2009

STOEL RIVES LLP

By _____
SCOTT J. KAPLAN
Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

Dated: February 17, 2009

DLA PIPER LLP (US)

By _____
ANDREW VALENTINE
THOMAS BURG
Attorneys for Defendant
MAGNUM SEMICONDUCTOR, INC.