1   ANDREW VALENTINE (Bar No. 162094)
    andrew.valentine@dlapiper.com
2   THOMAS BURG (Bar No. 211937)
    thomas.burg@dlapiper.com
3   DLA PIPER LLP (US)
    2000 University Avenue
4   East Palo Alto, CA  94303-2214
    Tel:  650-833-2000
5   Fax: 650-833-2001

6   Attorneys for Defendant
    MAGNUM SEMICONDUCTOR, INC.
7
    SCOTT J. KAPLAN (Bar No. 143478)
8   sjkaplan@stoel.com
    STOEL RIVES LLP
9   900 SW Fifth Avenue, Suite 2600
    Portland, OR  97204
10  Tel:  503-224-3380
    Fax: 503-220-2480
11
    Attorneys for Plaintiff
12  MENTOR GRAPHICS CORPORATION

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17  MENTOR GRAPHICS CORPORATION,          CASE NO. C09 00115 EMC
    an Oregon corporation,
18                                        **STIPULATION REGARDING RESPONSE
                  Plaintiff,              TO COMPLAINT**  ; ORDER
19
              v.
20
    MAGNUM SEMICONDUCTOR, INC., a
21  Delaware corporation; and DOES 1
    through 100,
22
                  Defendants.
23

24

25

26

27

28

1          Pursuant to Civil Local Rule 6-1(a), Plaintiff Mentor Graphics Corporation ("Mentor")

2    and Defendant Magnum Semiconductor, Inc. ("Magnum") hereby stipulate and agree by and

3    through their respective attorneys that Magnum shall have until March 4, 2009, in which to

4    respond to Mentor's complaint filed on January 9, 2009.

5    SO STIPULATED:

6

7    Dated: February 17, 2009

8                                STOEL RIVES LLP

9                                By _____

10                               SCOTT J. KAPLAN
                                 Attorneys for Plaintiff

11                               MENTOR GRAPHICS CORPORATION

12

13   Dated: February 17, 2009

14                               DLA PIPER LLP (US)

15                               By _____

16                               ANDREW VALENTINE
                                 THOMAS BURG

17                               Attorneys for Defendant
                                 MAGNUM SEMICONDUCTOR, INC.

18

19   IT IS SO ORDERED.

20

21

22   _____
     Edward M. Chen

23   U.S. Magistrate Judge

24

25

26

27

28