ANDREW VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Defendant
MAGNUM SEMICONDUCTOR, INC.

SCOTT J. KAPLAN (Bar No. 143478)
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Tel: 503-224-3380
Fax: 503-220-2480

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENTOR GRAPHICS CORPORATION, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNUM SEMICONDUCTOR, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO. C09 00115 EMC<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT** ; ORDER |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Mentor Graphics Corporation ("Mentor") and Defendant Magnum Semiconductor, Inc. ("Magnum") hereby stipulate and agree by and

/ / /

/ / /

/ / /

through their respective attorneys that Magnum shall have until March 18, 2009, in which to respond to Mentor's complaint filed on January 9, 2009. The reason for the further extension is that the parties are discussing settlement.

**SO STIPULATED:**

Dated: March 11, 2009

    STOEL RIVES LLP

    By /s/ Scott J. Kaplan
    SCOTT J. KAPLAN
    Attorneys for Plaintiff
    MENTOR GRAPHICS CORPORATION

    (Signature authorized)

Dated: March 11, 2009

    DLA PIPER LLP (US)

    By /s/ Andrew P. Valentine
    ANDREW P. VALENTINE
    Attorneys for Defendant
    MAGNUM SEMICONDUCTOR, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*