1  ANDREW VALENTINE (Bar No. 162094)
   andrew.valentine@dlapiper.com
2  DLA PIPER LLP (US)
   2000 University Avenue
3  East Palo Alto, CA  94303-2214
   Tel:  650-833-2000
4  Fax:  650-833-2001

5  Attorneys for Defendant
   MAGNUM SEMICONDUCTOR, INC.
6
   SCOTT J. KAPLAN (Bar No. 143478)
7  sjkaplan@stoel.com
   STOEL RIVES LLP
8  900 SW Fifth Avenue, Suite 2600
   Portland, OR  97204
9  Tel:  503-224-3380
   Fax:  503-220-2480
10
   Attorneys for Plaintiff
11 MENTOR GRAPHICS CORPORATION

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 MENTOR GRAPHICS CORPORATION,          CASE NO. C09 00115 EMC
   an Oregon corporation,
17                                        **STIPULATION REGARDING RESPONSE
                  Plaintiff,              TO COMPLAINT**  ; ORDER
18
        v.
19
   MAGNUM SEMICONDUCTOR, INC.,
20 a Delaware corporation; and DOES 1
   through 100,
21
                  Defendants.
22

23

24        Pursuant to Civil Local Rule 6-1(a), Plaintiff Mentor Graphics Corporation ("Mentor")

25 and Defendant Magnum Semiconductor, Inc. ("Magnum") hereby stipulate and agree by and

26 ///

27 ///

28 ///

1   through their respective attorneys that Magnum shall have until March 25, 2009, in which to

2   respond to Mentor's complaint filed on January 9, 2009. The reason for the further extension is

3   that the parties are discussing settlement.

4

5   **SO STIPULATED:**

6

7   Dated: March 18, 2009

8                                       STOEL RIVES LLP

9                                       By  /s/ Scott J. Kaplan
10                                          SCOTT J. KAPLAN
                                            Attorneys for Plaintiff
11                                          MENTOR GRAPHICS CORPORATION

12                                          (Signature authorized)

13

14  Dated: March 18, 2009

15                                       DLA PIPER LLP (US)

16                                       By  /s/ Andrew P. Valentine
17                                          ANDREW VALENTINE
                                            Attorneys for Defendant
18                                          MAGNUM SEMICONDUCTOR, INC.

19  IT IS SO ORDERED:

20

21

22  _____
    Edward M. Chen
23  U.S. Magistrate

24

25

26

27

28

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA