ANDREW VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650-833-2000
Fax:  650-833-2001

Attorneys for Defendant
MAGNUM SEMICONDUCTOR, INC.

SCOTT J. KAPLAN (Bar No. 143478)
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Tel:  503-224-3380
Fax:  503-220-2480

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENTOR GRAPHICS CORPORATION, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNUM SEMICONDUCTOR, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO. C09 00115 EMC<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Mentor Graphics Corporation ("Mentor") and Defendant Magnum Semiconductor, Inc. ("Magnum") hereby stipulate and agree by and

/ / /

/ / /

/ / /

through their respective attorneys that Magnum shall have until April 1, 2009, in which to respond to Mentor's complaint filed on January 9, 2009. The reason for the further extension is that the parties are discussing settlement.

**SO STIPULATED:**

Dated: March 25, 2009

          STOEL RIVES LLP

          By  /s/ Scott J. Kaplan
              SCOTT J. KAPLAN
              Attorneys for Plaintiff
              MENTOR GRAPHICS CORPORATION

          (Signature authorized)

Dated: March 25, 2009

          DLA PIPER LLP (US)

          By  /s/ Andrew P. Valentine
              ANDREW VALENTINE
              Attorneys for Defendant
              MAGNUM SEMICONDUCTOR, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate