1  ANDREW VALENTINE (Bar No. 162094)
   andrew.valentine@dlapiper.com
2  DLA PIPER LLP (US)
   2000 University Avenue
3  East Palo Alto, CA  94303-2214
   Tel:  650-833-2000
4  Fax:  650-833-2001

5  Attorneys for Defendant
   MAGNUM SEMICONDUCTOR, INC.
6
   SCOTT J. KAPLAN (Bar No. 143478)
7  sjkaplan@stoel.com
   STOEL RIVES LLP
8  900 SW Fifth Avenue, Suite 2600
   Portland, OR  97204
9  Tel:  503-224-3380
   Fax:  503-220-2480
10
   Attorneys for Plaintiff
11 MENTOR GRAPHICS CORPORATION

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

| MENTOR GRAPHICS CORPORATION, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAGNUM SEMICONDUCTOR, INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | CASE NO. C09 00115 EMC<br><br>**STIPULATION REGARDING RESPONSE TO COMPLAINT; [P̶R̶O̶P̶O̶S̶ED] ORDER** |
|---|---|

        Pursuant to Civil Local Rule 6-1(a), Plaintiff Mentor Graphics Corporation ("Mentor")

and Defendant Magnum Semiconductor, Inc. ("Magnum") hereby stipulate and agree by and

/ / /

/ / /

/ / /

through their respective attorneys that Magnum shall have until April 1, 2009, in which to respond to Mentor's complaint filed on January 9, 2009. The reason for the further extension is that the parties are discussing settlement.

**SO STIPULATED:**

Dated: March 25, 2009

    STOEL RIVES LLP

    By  /s/ Scott J. Kaplan
        SCOTT J. KAPLAN
        Attorneys for Plaintiff
        MENTOR GRAPHICS CORPORATION

    (Signature authorized)

Dated: March 25, 2009

    DLA PIPER LLP (US)

    By  /s/ Andrew P. Valentine
        ANDREW VALENTINE
        Attorneys for Defendant
        MAGNUM SEMICONDUCTOR, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*