| | |
|---|---|
| 1 | SCOTT J. KAPLAN (SB #143478) |
|  | sjkaplan@stoel.com |
| 2 | STOEL RIVES LLP |
|  | 900 SW Fifth Avenue, Suite 2600 |
| 3 | Portland, OR  97204 |
|  | Telephone:  (503) 224-3380 |
| 4 | Facsimile:  (503) 220-2480 |

Attorneys for Plaintiff
MENTOR GRAPHICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENTOR GRAPHICS CORPORATION, an Oregon corporation, | Case No. C 09-00115 EMC |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MAGNUM SEMICONDUCTOR, INC., a Delaware corporation; and DOES 1-100, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Mentor Graphics Corporation hereby dismisses this action with prejudice and without fees or costs to any party.

DATED:  April 3, 2009

STOEL RIVES LLP


By: /s/ Scott J. Kaplan
    SCOTT J. KAPLAN
    Attorneys for Plaintiff
    MENTOR GRAPHICS CORPORATION